IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISYSTEMS, INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-1175-N |
| | § | |
| VICTOR T. FU, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

By separate Order of this same date, the Court has granted Defendants' motion to dismiss. Accordingly, Plaintiff's claims in this action are dismissed with prejudice. Defendants are awarded costs of court. All relief not expressly granted is denied. This is a final judgment.

Signed June 28, 2010.

_____
David C. Godbey
United States District Judge

JUDGMENT – SOLO PAGE