IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISYSTEMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-1175-N |
| | § | |
| SPARK NETWORKS LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

By Order and Judgment dated June 28, 2010 [37, 38], the Court dismissed Plaintiff Dan Benare d/b/a ISystems's ("ISystems") amended complaint. ISystems appealed and by opinion dated March 21, 2012 [44], the United States Court of Appeals for the Fifth Circuit affirmed in part and reversed and remanded in part, remanding only ISystems's claims against Spark Networks Ltd. and Spark Networks, Inc. under the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1114(2)(D)(iv)-(v). On December 9, 2013, ISystems filed an amended complaint that asserted a claim under only section 1114(2)(D)(iv). On July 21, 2014, the Court called the remaining claim for trial. All parties appeared through counsel. At the close of ISystems's case in chief, the Court dismissed its claim against Defendant Spark Networks, Inc. By separate order of this same date, the Court has made findings of fact and conclusions of law. Based on those findings and conclusions, the Court renders judgment as follows:

1. ISystems takes nothing by its claim under 15 U.S.C. § 1114(2)(D)(iv) against Spark Networks Ltd., and that claim is dismissed with prejudice.

2. ISystems takes nothing by its other claims asserted against Spark Networks, Inc., Spark Networks Ltd., or Victor T. Fu, and those claims are dismissed with prejudice.

3. Court costs are taxed against ISystems. All relief not expressly granted is denied. This is a final judgment.

Signed September 19, 2014.

_____
David C. Godbey
United States District Judge